IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL ROE                                                                                   PLAINTIFF

VS.                              No. 3:21-cv-00110 PSH

KILOLO KIJAKAZI,[1]
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                          DEFENDANT

ORDER

The defendant's unopposed motion for additional time in which to file her answer and the certified administrative record (docket entry no. 7) is granted, and she is directed to submit her response on or before October 19, 2021.

IT IS SO ORDERED this 25th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is the proper defendant. Fed. R. Civ. P. 25(d).