# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL ROE**                                                                       **PLAINTIFF**

**VS.**                     **CASE NO. 3:21CV00110 PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                         **DEFENDANT**

## ORDER

The defendant's motion for additional time (docket entry no. 13) in which to file his response brief is granted, and he is directed to submit his response on or before February 13, 2022.

IT IS SO ORDERED this 19th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE