IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL ROE**                                                          **PLAINTIFF**

VS.            No. 3:21-cv-00110 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                             **DEFENDANT**

**ORDER**

Defendant Kilolo Kijakazi ("Kijakazi"), in her unopposed motion to reverse and remand (docket entry no. 15), requests that this case be reversed and remanded for further administrative proceedings. For good cause, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 31st day of January, 2022.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE